[Decided January 19, 1887.]

TOWNER SAVAGE v. FERDINAND G. MARESCH.

ERROR—ASSIGNMENT OF— DISMISSAL OF APPEAL — APPEAL ACT OF 1883. —
In all cases at law appealed to this court under the act of 1883, an assignment of error must be filed, under rule 5 of the Supreme Court, and for a non-compliance with this rule the appeal will be dismissed.

ERROR to the District Court holding terms at Whatcom. Third District.

This was an action at law, and the plaintiff in error failed to file an assignment of error as required by rule 5 of the Supreme Court. A motion was made to dismiss the appeal upon that ground.

*Mr. H. A. Fairchild*, for the Defendant in Error, and for the motion.

*Messrs. Sears and Aston*, for the Plaintiff in Error, *contra*.

Mr. Justice HOYT delivered the opinion of the court.

This is a case at law. There has been a total disregard of the provisions of rule 5 of this court, as there has been no attempt made to file or serve an assignment of error as therein required; and as appellant does not ask to be relieved from the consequences of his default, the motion to dismiss the appeal herein must be granted.

TURNER, J., concurred.

Mr. Justice LANGFORD concurred specially as follows: —

I agree that the case ought to be affirmed on trial on the merits.